| | | |
|---|---|---|
| KAREN R. GOODMAN | The Honorable: | TIMOTHY A. BARNES |
| Taft Stettinius & Hollister | Chapter 7 | |
| 111 East Wacker Drive | Location: | 613 |
| Suite 2800 | Hearing Date: | / / |
| Chicago, IL 60601 | Hearing Time: | |
| (312) 527-4000 | Response Date: | / / |
| Chapter 7 Trustee | | |

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: SHUTAN, ROBERT L            § Case No. 13-15279
                                   §
                                   §
Debtor(s)                          §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 12, 2013. The undersigned trustee was appointed on April 12, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

4. The trustee realized the gross receipts of $363,765.38

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 283,383.70 |
| Bank service fees | 1,219.22 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $ 64,162.46 |

The remaining funds are available for distribution.

  5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

  6. The deadline for filing non-governmental claims in this case was 03/07/2014 and the deadline for filing governmental claims was 03/07/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7. The Trustee's proposed distribution is attached as **Exhibit D**.

  8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $20,219.10. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $0.00 as interim compensation and now requests the sum of $20,219.10, for a total compensation of $20,219.10.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $54.60, for total expenses of $54.60.[2]

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/14/2015     By: /s/KAREN R. GOODMAN
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-15279  
**Case Name:** SHUTAN, ROBERT L  

**Period Ending:** 05/14/15

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 04/12/13 (f)  
**§341(a) Meeting Date:** 06/11/13  
**Claims Bar Date:** 03/07/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  5323 N. Glenwood Ave., #2, Chicago, IL 60640  Imported from original petition Doc# 1 | 260,000.00 | 0.00 | | 343,765.38 | FA |
| 2  2115 Gordon Ave., St. Paul, MN 55108  Imported from original petition Doc# 1 | 275,000.00 | 0.00 | | 0.00 | FA |
| 3  Cash  Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 4  Checking and Savings account - Fifth Third Bank  Imported from original petition Doc# 1 | 920.00 | 0.00 | | 0.00 | FA |
| 5  Miscellaneous furniture, 1 IMac, 1 television, s  Imported from original petition Doc# 1 | 700.00 | 0.00 | | 0.00 | FA |
| 6  Books and Artwork  Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 7  Clothing  Imported from original petition Doc# 1 | 800.00 | 0.00 | | 0.00 | FA |
| 8  Penn Life Insurance  Imported from original petition Doc# 1 | 70,000.00 | 70,000.00 | | 20,000.00 | FA |
| 9  IRA  Imported from original petition Doc# 1 | 32,000.00 | 0.00 | | 0.00 | FA |
| 10 Lightfoot Real Estate, LLC Debtor owns 100%  Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 11 Dodge Ram 1500 2005  Imported from original petition Doc# 1 | 3,500.00 | 0.00 | | 0.00 | FA |
| 12 Construction tools  Imported from original petition Doc# 1 | 750.00 | 0.00 | | 0.00 | FA |
| 12  Assets  Totals (Excluding unknown values) | **$644,520.00** | **$70,000.00** | | **$363,765.38** | **$0.00** |

**Major Activities Affecting Case Closing:**

Liquidation of cash surrender value of life insurance policy; claims review; preparation of final tax returns; file TFR.

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 13-15279  
**Case Name:** SHUTAN, ROBERT L

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 04/12/13 (f)  
**§341(a) Meeting Date:** 06/11/13

**Period Ending:** 05/14/15

**Claims Bar Date:** 03/07/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2014     **Current Projected Date Of Final Report (TFR):** December 31, 2015

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-15279  
**Case Name:** SHUTAN, ROBERT L  
**Taxpayer ID #:** **-***2250  
**Period Ending:** 05/14/15  

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/26/13 | | Fort Dearborn Land Title | Debtors's 1/2 of net proceeds of sale of 5323 N. Glenwood Avenue, Chicago per Court Order dated 12/17/13 | | 60,461.58 | | 60,461.58 |
| | {1} | | Gross amount due tro seller   343,750.00 | 1110-000 | | | 60,461.58 |
| | {1} | | Assessments/Utiliites 12/18/13 to 12/31/13   15.38 | 1110-000 | | | 60,461.58 |
| | | | Settlement Charges to Seller   -19,509.44 | 2500-000 | | | 60,461.58 |
| | | | Payoff of First Mortgage Loan   -256,698.55 | 2500-000 | | | 60,461.58 |
| | | | Seller Paid Owner's Title Insurance   -1,165.00 | 2500-000 | | | 60,461.58 |
| | | | County Taxes 01/01/13 to 12/18/13   -4,416.37 | 2820-000 | | | 60,461.58 |
| | | | Rent Credit   -439.28 | 2500-000 | | | 60,461.58 |
| | | | Security Deposit Credit   -1,075.16 | 2500-000 | | | 60,461.58 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.59 | 60,449.99 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.84 | 60,360.15 |
| 02/13/14 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2014 FOR CASE #13-15279, 016026455 | 2300-000 | | 49.70 | 60,310.45 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.01 | 60,229.44 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.74 | 60,145.70 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 92.28 | 60,053.42 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 86.37 | 59,967.05 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.37 | 59,883.68 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.75 | 59,788.93 |
| 08/05/14 | 102 | Robert L. Shutan | Exemption re property at 5323 N. Glenwood Avenue, Chicago, IL | 8100-002 | | 15,000.00 | 44,788.93 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.18 | 44,718.75 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.60 | 44,650.15 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.36 | 44,583.79 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.71 | 44,526.08 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.58 | 44,453.50 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.93 | 44,389.57 |
| 02/16/15 | 103 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2015 FOR CASE | 2300-000 | | 30.20 | 44,359.37 |

Subtotals :   $60,461.58   $16,102.21

{} Asset reference(s)

Printed: 05/14/2015 10:17 AM   V.13.23

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-15279  
**Case Name:** SHUTAN, ROBERT L  

**Taxpayer ID #:** **-***2250  
**Period Ending:** 05/14/15  

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #13-15279, Bond No. 10BSBGR6291<br>Voided on 02/17/15 | | | | |
| 02/17/15 | 103 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2015 FOR CASE #13-15279, Bond No. 10BSBGR6291<br>Voided: check issued on 02/16/15 | 2300-000 | | -30.20 | 44,389.57 |
| 02/17/15 | 104 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2015 FOR CASE #13-15279<br>Voided on 02/17/15 | 2300-000 | | 30.20 | 44,359.37 |
| 02/17/15 | 104 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2015 FOR CASE #13-15279<br>Voided: check issued on 02/17/15 | 2300-000 | | -30.20 | 44,389.57 |
| 02/17/15 | 105 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2015 FOR CASE #13-15279 | 2300-000 | | 30.20 | 44,359.37 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.58 | 44,299.79 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.96 | 44,231.83 |
| 04/23/15 | {8} | The Penn Insurance and Annuity Company | Sale of Interest in Insurace Policy per Court Order dated March 17, 2015 | 1129-000 | 20,000.00 | | 64,231.83 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.37 | 64,162.46 |
| | | | **ACCOUNT TOTALS** | | 80,461.58 | 16,299.12 | **$64,162.46** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 80,461.58 | 16,299.12 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$80,461.58** | **$1,299.12** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******6766 | 80,461.58 | 1,299.12 | 64,162.46 |
| | **$80,461.58** | **$1,299.12** | **$64,162.46** |

{} Asset reference(s)

Printed: 05/14/2015 10:17 AM    V.13.23

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 7, 2014

**Case Number:** 13-15279  
**Debtor Name:** SHUTAN, ROBERT L  

Page: 1

**Date:** May 14, 2015  
**Time:** 10:18:11 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | KAREN R. GOODMAN<br>111East Wacker Drive<br>SUITE 2800<br>CHICAGO, IL 60601 | Admin Ch. 7 | [Updated by Surplus to Debtor Report based on Net Estate Value: 339381.96] | $20,219.10 | $0.00 | 20,219.10 |
| 200 | KAREN R. GOODMAN<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL 60601 | Admin Ch. 7 | | $54.60 | $0.00 | 54.60 |
| 200 | Taft Stettinius & Hollister LLP<br>111 East Wacker Drive<br>SUITE 2800<br>CHICAGO, IL 60601 | Admin Ch. 7 | | $5,567.50 | $0.00 | 5,567.50 |
| 200 | Taft Stettinius & Hollister LLP<br>111 East Wacker Drive<br>SUITE 2800<br>CHICAGO, IL 60601 | Admin Ch. 7 | | $352.00 | $0.00 | 352.00 |
| 200 | ALAN D. LASKO<br>ALAN D. LASKO & ASSOCIATES<br>29 SOUTH LASALLE, STE 1240<br>CHICAGO, IL 60603 | Admin Ch. 7 | | $1,757.35 | $0.00 | 1,757.35 |
| 200 | ALAN D. LASKO<br>ALAN D. LASKO & ASSOCIATES<br>29 SOUTH LASALLE, STE 1240<br>CHICAGO, IL 60603 | Admin Ch. 7 | | $14.65 | $0.00 | 14.65 |
| 1<br>610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $17,372.69 | $0.00 | 17,372.69 |
| 2<br>610 | Wells Fargo Bank NA<br>Wells Fargo Card Services<br>1 Home Campus,3rd Floor<br>Des Moines, IA 50328 | Unsecured | | $3,038.64 | $0.00 | 3,038.64 |
| 3<br>610 | CSS Inc<br>PO Box 764<br>Acton, CA 93510 | Unsecured | | $2,759.60 | $0.00 | 2,759.60 |
| 4<br>610 | Kevin S Lang and Lindsey Hornickel<br>Kevin Lang<br>1504 Main St E<br>Menomonie, WI 54751 | Unsecured | | $1,045.00 | $0.00 | 1,045.00 |
| 5<br>610 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $2,531.16 | $0.00 | 2,531.16 |
| 1I<br>640 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $43.35 | $0.00 | 43.35 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 7, 2014

**Case Number:** 13-15279  
**Debtor Name:** SHUTAN, ROBERT L

Page: 2

**Date:** May 14, 2015  
**Time:** 10:18:11 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2I 640 | Wells Fargo Bank NA<br>Wells Fargo Card Services<br>1 Home Campus,3rd Floor<br>Des Moines, IA 50328 | Unsecured | | $7.58 | $0.00 | 7.58 |
| 3I 640 | CSS Inc<br>PO Box 764<br>Acton, CA 93510 | Unsecured | | $6.89 | $0.00 | 6.89 |
| 4I 640 | Kevin S Lang and Lindsey Hornickel<br>Kevin Lang<br>1504 Main St E<br>Menomonie, WI 54751 | Unsecured | | $2.61 | $0.00 | 2.61 |
| 5I 640 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $6.32 | $0.00 | 6.32 |
| SURPLUS 650 | SHUTAN, ROBERT L<br>5323 N. GLENWOOD AVE., #2<br>CHICAGO, IL 60640 | Unsecured | | $9,383.42 | $0.00 | 9,383.42 |
| **<< Totals >>** | | | | 64,162.46 | 0.00 | 64,162.46 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 13-15279  
Case Name: SHUTAN, ROBERT L  
Trustee Name: KAREN R. GOODMAN

**Balance on hand:** $ 64,162.46

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00  
Remaining balance: $ 64,162.46

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - KAREN R. GOODMAN | 20,219.10 | 0.00 | 20,219.10 |
| Trustee, Expenses - KAREN R. GOODMAN | 54.60 | 0.00 | 54.60 |
| Attorney for Trustee, Fees - Taft Stettinius & Hollister LLP | 5,567.50 | 0.00 | 5,567.50 |
| Attorney for Trustee, Expenses - Taft Stettinius & Hollister LLP | 352.00 | 0.00 | 352.00 |
| Accountant for Trustee, Fees - ALAN D. LASKO | 1,757.35 | 0.00 | 1,757.35 |
| Accountant for Trustee, Expenses - ALAN D. LASKO | 14.65 | 0.00 | 14.65 |

Total to be paid for chapter 7 administration expenses: $ 27,965.20  
Remaining balance: $ 36,197.26

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00  
Remaining balance: $ 36,197.26

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for priority claims:    $           0.00
Remaining balance:    $      36,197.26

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,747.09 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Discover Bank | 17,372.69 | 0.00 | 17,372.69 |
| 2 | Wells Fargo Bank NA | 3,038.64 | 0.00 | 3,038.64 |
| 3 | CSS Inc | 2,759.60 | 0.00 | 2,759.60 |
| 4 | Kevin S Lang and Lindsey Hornickel | 1,045.00 | 0.00 | 1,045.00 |
| 5 | Citibank, N.A. | 2,531.16 | 0.00 | 2,531.16 |

Total to be paid for timely general unsecured claims:    $      26,747.09
Remaining balance:    $       9,450.17

**UST Form 101-7-TFR (05/1/2011)**

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ 0.00 |
|---|---|---|
|  | Remaining balance: | $ 9,450.17 |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for subordinated claims: | $ 0.00 |
|---|---|---|
|  | Remaining balance: | $ 9,450.17 |

    To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $66.75. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

    The amount of surplus returned to the debtor after payment of all claims and interest is $ 9,383.42.

**UST Form 101-7-TFR (05/1/2011)**