| | | |
|---|---|---|
| KAREN R. GOODMAN | The Honorable: | TIMOTHY A. BARNES |
| Taft Stettinius & Hollister | Chapter   7 | |
| 111 East Wacker Drive | Location: | 613 |
| Suite 2800 | Hearing Date: | 07/28/2015 |
| Chicago, IL  60601 | Hearing Time: | 10:30am |
| (312) 527-4000 | Response Date: | / / |
| Chapter 7 Trustee | | |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: SHUTAN, ROBERT L | § | Case No. 13-15279-TAB |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>KAREN R. GOODMAN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 07/28/2015 in Courtroom 613, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Date Mailed: 06/23/2015           By: /s/KAREN R. GOODMAN
                                              Trustee, Bar No.:

KAREN R. GOODMAN
111 East Wacker Drive
Suite 2800
Chicago, IL  60601
(312) 527-4000
kgoodman@taftlaw.com

UST Form 101-7-NFR (10/1/2010)

| KAREN R. GOODMAN | The Honorable: | TIMOTHY A. BARNES |
|---|---|---|
| Taft Stettinius & Hollister | Chapter   7 | |
| 111 East Wacker Drive | Location: | 613 |
| Suite 2800 | Hearing Date: | 07/28/2015 |
| Chicago, IL 60601 | Hearing Time: | 10:30am |
| (312) 527-4000 | Response Date: | / / |
| Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: SHUTAN, ROBERT L            §    Case No. 13-15279-TAB
                                   §
                                   §
    Debtor(s)                      §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 363,765.38 |
| *and approved disbursements of* | $ | 299,602.92 |
| *leaving a balance on hand of* [1] | $ | 64,162.46 |
| **Balance on hand:** | $ | 64,162.46 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   64,162.46

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - KAREN R. GOODMAN | 20,219.10 | 0.00 | 20,219.10 |
| Trustee, Expenses - KAREN R. GOODMAN | 54.60 | 0.00 | 54.60 |
| Attorney for Trustee, Fees - Taft Stettinius & Hollister LLP | 5,567.50 | 0.00 | 5,567.50 |
| Attorney for Trustee, Expenses - Taft Stettinius & Hollister LLP | 352.00 | 0.00 | 352.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| Accountant for Trustee, Fees - ALAN D. LASKO | 1,757.35 | 0.00 | 1,757.35 |
| Accountant for Trustee, Expenses - ALAN D. LASKO | 14.65 | 0.00 | 14.65 |

Total to be paid for chapter 7 administration expenses: $ 27,965.20
Remaining balance: $ 36,197.26

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 36,197.26

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 36,197.26

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,747.09 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 17,372.69 | 0.00 | 17,372.69 |
| 2 | Wells Fargo Bank NA | 3,038.64 | 0.00 | 3,038.64 |
| 3 | CSS Inc | 2,759.60 | 0.00 | 2,759.60 |
| 4 | Kevin S Lang and Lindsey Hornickel | 1,045.00 | 0.00 | 1,045.00 |
| 5 | Citibank, N.A. | 2,531.16 | 0.00 | 2,531.16 |

Total to be paid for timely general unsecured claims: $ 26,747.09
Remaining balance: $ 9,450.17

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 9,450.17

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 9,450.17

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $66.75. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $9,383.42.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/KAREN R. GOODMAN
Trustee, Bar No.:

KAREN R. GOODMAN
111 East Wacker Drive
Suite 2800
Chicago, IL 60601
(312) 527-4000
kgoodman@taftlaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-15279-TAB
Robert L Shutan                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dwilliams            Page 1 of 2              Date Rcvd: Jun 24, 2015
                              Form ID: pdf006            Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2015.
```
db           #+Robert L Shutan,    5323 N. Glenwood Ave., #2,    Chicago, IL 60640-2218
aty           +Shefsky & Froelich Ltd,   111 E Wacker,   Suite 2800,    Chicago, IL 60601-4209
20322276     #Buffalo Grove Orthopedic Assoc.,    600 W. Lake Cook Rd., Suite 160,
               Buffalo Grove, IL 60089-2091
20322278    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court:   Citibank Sd, Na,   Attn: Centralized Bankruptcy,    Po Box 20507,
               Kansas City, MO 64195)
21365064      +CSS Inc,   PO Box 764,   Acton, CA 93510-0764
20322277      +Cap1/bstby,   26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
20322280      +Creditors Specialty Se,   Po Box 764,    Acton, CA 93510-0764
20322281     #+Danny Smith,   5323 N. Glenwood Ave.,   Chicago, IL 60640-2218
20322285      +Grant & Weber,   Po Box 8669,   Calabasas, CA 91372-8669
20322286      +Hsbc/menards,   Attention: Bankruptcy,    Po Box 5263,   Carol Stream, IL 60197-5263
20322287      +Illinois Collection Se,   Po Box 1010,    Tinley Park, IL 60477-9110
20322288      +Kevin Lang and Lindsey Hornickel,   2115 Gordon Avenue,    Apt 1,    Saint Paul, MN 55108-1903
21458809     #+Kevin S Lang and Lindsey Hornickel,   Kevin Lang,    1504 Main St E,   Menomonie WI 54751-2921
20322289      +King American Ambulance c/o MEGA Li,    P.O. Box 981606,    El Paso, TX 79998-1606
20322290      +Methodist Hospital of Chicago,   5025 N. Paulina St.,    Chicago, IL 60640-2772
20322291    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court:   Nationstar Mortgage,    350 Highland Drive,   Attn: Bankruptcy,
               Lewisville, TX 75067)
20322292     #+Sonja Velez,   5323 N. Glenwood,   Apt. 1,    Chicago, IL 60640-2218
20322293      +Swedish Covenant Hospital,   5145 N. California Ave.,    Chicago, IL 60625-3687
21342386      +Wells Fargo Bank NA,   Wells Fargo Card Services,    1 Home Campus,   3rd Floor,
               Des Moines, IA 50328-0001
20322295       Wells Fargo Card Services,   P.O. Box 30086,    Los Angeles, CA 90030-0086
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20322272      +E-mail/Text: bankruptcydept@anchorbank.com Jun 25 2015 01:31:48     Anchor Bank,   25 W Main St,
               Madison, WI 53703-3399
20322273      +E-mail/Text: RBALTAZAR@ARMORSYS.COM Jun 25 2015 01:32:50     Armor Systems Co,   1700 Kiefer Dr,
               Zion, IL 60099-5105
21560211       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 25 2015 05:33:04     Citibank, N.A.,
               c/o American InfoSource LP,   PO Box 248840,   Oklahoma City, OK 73124-8840
21309062       E-mail/PDF: mrdiscen@discover.com Jun 25 2015 01:34:05     Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
20322282      +E-mail/PDF: mrdiscen@discover.com Jun 25 2015 01:34:05     Discover Fin Svcs Llc,
               Po Box 15316,   Wilmington, DE 19850-5316
20322284      +E-mail/Text: bknoticing@grantweber.com Jun 25 2015 01:31:07     Grant & Weber,
               26575 W. Agoura Rd.,   Calabasas, CA 91302-1958
                                                                                             TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20322274*     +Armor Systems Co,   1700 Kiefer Dr,   Zion, IL 60099-5105
20322279*    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court:   Citibank Usa,   Citicorp Credit Services/Attn: Centraliz,
               Po Box 20507,   Kansas City, MO 64195)
20322283*     +Discover Fin Svcs Llc,   Po Box 15316,   Wilmington, DE 19850-5316
20322294*     +Swedish Covenant Hospital,   5145 N. California Ave.,   Chicago, IL 60625-3687
20322275     ##+Audrey Deering and AArika Tjugum,   2115 Gordon Avenue,   Apt. 2,   Saint Paul, MN 55108-1903
                                                                                  TOTALS: 0, * 4, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: dwilliams              Page 2 of 2                  Date Rcvd: Jun 24, 2015
                              Form ID: pdf006              Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2015 at the address(es) listed below:
              Amy A Aronson    on behalf of Creditor    AnchorBank, fsb amyaronson@comcast.net,
               amyaronson@comcast.net
              Andrew D Bratzel    on behalf of Debtor Robert L Shutan debtor@mckenna-law.com,
               abratzel@mckenna-law.com,  lpalma@mckenna-law.com,bankruptcy@mckenna-law.com
              Karen R Goodman, ESQ    on behalf of Accountant Alan D Lasko kgoodman@taftlaw.com,
               il24@ecfcbis.com;sfdocket@shefskylaw.com;nbeagan@taftlaw.com
              Karen R Goodman, ESQ    kgoodman@taftlaw.com,
               il24@ecfcbis.com;sfdocket@shefskylaw.com;nbeagan@taftlaw.com
              Karen R Goodman, ESQ    on behalf of Attorney    Taft Stettinius & Hollister LLP
               kgoodman@taftlaw.com,  il24@ecfcbis.com;sfdocket@shefskylaw.com;nbeagan@taftlaw.com
              Karen R Goodman, ESQ    on behalf of Trustee Karen R Goodman, ESQ kgoodman@taftlaw.com,
               nbeagan@taftlaw.com
              Nisha B Parikh    on behalf of Creditor    Nationstar Mortgage LLC nparikh@fal-illinois.com,
               bankruptcy@fal-illinois.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Sara E. Cook    on behalf of Debtor Robert L Shutan debtor@mckenna-law.com,
               lpalma@mckenna-law.com;bankruptcy@mckenna-law.com
                                                                                             TOTAL: 9
```