| | | |
|---|---|---|
| KAREN R. GOODMAN | The Honorable: | TIMOTHY A. BARNES |
| Taft Stettinius & Hollister | Chapter 7 | |
| 111 East Wacker Drive | Location: | 613 |
| Suite 2800 | Hearing Date: | / / |
| Chicago, IL 60601 | Hearing Time: | |
| (312) 527-4000 | Response Date: | / / |
| Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: SHUTAN, ROBERT L           §   Case No. 13-15279
                                  §
                                  §
                                  §
Debtor(s)                         §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $314,520.00                    Assets Exempt: $54,520.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $26,813.84      Claims Discharged
                                                 Without Payment: $0.00

Total Expenses of Administration: $312,568.12

3) Total gross receipts of $ 363,765.38 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 24,383.42 (see **Exhibit 2**), yielded net receipts of $339,381.96 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 312,568.12 | 312,568.12 | 312,568.12 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 26,813.84 | 26,813.84 | 26,813.84 |
| **TOTAL DISBURSEMENTS** | $0.00 | $339,381.96 | $339,381.96 | $339,381.96 |

    4) This case was originally filed under Chapter 7 on April 12, 2013. The case was pending for 30 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/01/2015     By: /s/KAREN R. GOODMAN
                                Trustee, Bar No.:

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 5323 N. Glenwood Ave., #2, Chicago, IL 60640 | 1110-000 | 343,765.38 |
| Penn Life Insurance | 1129-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$363,765.38** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Robert L. Shutan | Exemption re property at 5323 N. Glenwood Avenue, Chicago, IL | 8100-002 | 15,000.00 |
| SHUTAN, ROBERT L | FIRST AND FINAL SURPLUS PAYMENT TO DEBTOR PER COURT ORDER DATED JULY 28, 2015 | 8200-002 | 9,383.42 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$24,383.42** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 20,219.10 | 20,219.10 | 20,219.10 |
| KAREN R. GOODMAN | 2200-000 | N/A | 54.60 | 54.60 | 54.60 |
| Taft Stettinius & Hollister LLP | 3110-000 | N/A | 5,567.50 | 5,567.50 | 5,567.50 |
| Taft Stettinius & Hollister LLP | 3120-000 | N/A | 352.00 | 352.00 | 352.00 |
| ALAN D. LASKO | 3410-000 | N/A | 1,757.35 | 1,757.35 | 1,757.35 |
| ALAN D. LASKO | 3420-000 | N/A | 14.65 | 14.65 | 14.65 |
| Rabobank, N.A. | 2600-000 | N/A | 11.59 | 11.59 | 11.59 |
| Fort Dearborn Land Title | 2500-000 | N/A | 19,509.44 | 19,509.44 | 19,509.44 |
| Fort Dearborn Land Title | 2500-000 | N/A | 256,698.55 | 256,698.55 | 256,698.55 |
| Fort Dearborn Land Title | 2500-000 | N/A | 1,165.00 | 1,165.00 | 1,165.00 |
| Fort Dearborn Land Title | 2820-000 | N/A | 4,416.37 | 4,416.37 | 4,416.37 |
| Fort Dearborn Land Title | 2500-000 | N/A | 439.28 | 439.28 | 439.28 |
| Fort Dearborn Land Title | 2500-000 | N/A | 1,075.16 | 1,075.16 | 1,075.16 |
| Rabobank, N.A. | 2600-000 | N/A | 89.84 | 89.84 | 89.84 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 49.70 | 49.70 | 49.70 |
| Rabobank, N.A. | 2600-000 | N/A | 81.01 | 81.01 | 81.01 |
| Rabobank, N.A. | 2600-000 | N/A | 83.74 | 83.74 | 83.74 |
| Rabobank, N.A. | 2600-000 | N/A | 92.28 | 92.28 | 92.28 |
| Rabobank, N.A. | 2600-000 | N/A | 86.37 | 86.37 | 86.37 |
| Rabobank, N.A. | 2600-000 | N/A | 83.37 | 83.37 | 83.37 |
| Rabobank, N.A. | 2600-000 | N/A | 94.75 | 94.75 | 94.75 |
| Rabobank, N.A. | 2600-000 | N/A | 70.18 | 70.18 | 70.18 |
| Rabobank, N.A. | 2600-000 | N/A | 68.60 | 68.60 | 68.60 |
| Rabobank, N.A. | 2600-000 | N/A | 66.36 | 66.36 | 66.36 |
| Rabobank, N.A. | 2600-000 | N/A | 57.71 | 57.71 | 57.71 |
| Rabobank, N.A. | 2600-000 | N/A | 72.58 | 72.58 | 72.58 |
| Rabobank, N.A. | 2600-000 | N/A | 63.93 | 63.93 | 63.93 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 30.20 | 30.20 | 30.20 |
| Rabobank, N.A. | 2600-000 | N/A | 59.58 | 59.58 | 59.58 |
| Rabobank, N.A. | 2600-000 | N/A | 67.96 | 67.96 | 67.96 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | |
|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 69.37 | 69.37 | 69.37 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $312,568.12 | $312,568.12 | $312,568.12 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 17,372.69 | 17,372.69 | 17,372.69 |
| 1I | Discover Bank | 7990-000 | N/A | 43.35 | 43.35 | 43.35 |
| 2 | Wells Fargo Bank NA | 7100-000 | N/A | 3,038.64 | 3,038.64 | 3,038.64 |
| 2I | Wells Fargo Bank NA | 7990-000 | N/A | 7.58 | 7.58 | 7.58 |
| 3 | CSS Inc | 7100-000 | N/A | 2,759.60 | 2,759.60 | 2,759.60 |
| 3I | CSS Inc | 7990-000 | N/A | 6.89 | 6.89 | 6.89 |
| 4 | Kevin S Lang and Lindsey Hornickel | 7100-000 | N/A | 1,045.00 | 1,045.00 | 1,045.00 |
| 4I | Kevin S Lang and Lindsey Hornickel | 7990-000 | N/A | 2.61 | 2.61 | 2.61 |
| 5 | Citibank, N.A. | 7100-000 | N/A | 2,531.16 | 2,531.16 | 2,531.16 |
| 5I | Citibank, N.A. | 7990-000 | N/A | 6.32 | 6.32 | 6.32 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $26,813.84 | $26,813.84 | $26,813.84 |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-15279  
**Case Name:** SHUTAN, ROBERT L  

**Period Ending:** 10/01/15

**Trustee:**  (520191)  KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 04/12/13 (f)  
**§341(a) Meeting Date:** 06/11/13  
**Claims Bar Date:** 03/07/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) **Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  5323 N. Glenwood Ave., #2, Chicago, IL 60640  Imported from original petition Doc# 1 | 260,000.00 | 0.00 | | 343,765.38 | FA |
| 2  2115 Gordon Ave., St. Paul, MN 55108  Imported from original petition Doc# 1 | 275,000.00 | 0.00 | | 0.00 | FA |
| 3  Cash  Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 4  Checking and Savings account - Fifth Third Bank  Imported from original petition Doc# 1 | 920.00 | 0.00 | | 0.00 | FA |
| 5  Miscellaneous furniture, 1 IMac, 1 television, s  Imported from original petition Doc# 1 | 700.00 | 0.00 | | 0.00 | FA |
| 6  Books and Artwork  Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 7  Clothing  Imported from original petition Doc# 1 | 800.00 | 0.00 | | 0.00 | FA |
| 8  Penn Life Insurance  Imported from original petition Doc# 1 | 70,000.00 | 70,000.00 | | 20,000.00 | FA |
| 9  IRA  Imported from original petition Doc# 1 | 32,000.00 | 0.00 | | 0.00 | FA |
| 10 Lightfoot Real Estate, LLC Debtor owns 100%  Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 11 Dodge Ram 1500 2005  Imported from original petition Doc# 1 | 3,500.00 | 0.00 | | 0.00 | FA |
| 12 Construction tools  Imported from original petition Doc# 1 | 750.00 | 0.00 | | 0.00 | FA |
| 12   Assets   Totals (Excluding unknown values) | **$644,520.00** | **$70,000.00** | | **$363,765.38** | **$0.00** |

**Major Activities Affecting Case Closing:**

Liquidation of cash surrender value of life insurance policy; claims review; preparation of final tax returns; file TFR.

Printed: 10/01/2015 10:18 AM    V.13.25

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-15279
**Case Name:** SHUTAN, ROBERT L

**Period Ending:** 10/01/15

**Trustee:** (520191) KAREN R. GOODMAN
**Filed (f) or Converted (c):** 04/12/13 (f)
**§341(a) Meeting Date:** 06/11/13
**Claims Bar Date:** 03/07/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** December 31, 2014    **Current Projected Date Of Final Report (TFR):** June 22, 2015 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-15279  
**Case Name:** SHUTAN, ROBERT L  
**Taxpayer ID #:** \*\*-\*\*\*2250  
**Period Ending:** 10/01/15  

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*\*\*6766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 12/26/13 | | Fort Dearborn Land Title | Debtors's 1/2 of net proceeds of sale of 5323 N. Glenwood Avenue, Chicago per Court Order dated 12/17/13 | | | 60,461.58 | | 60,461.58 |
| | {1} | | Gross amount due tro seller | 343,750.00 | 1110-000 | | | 60,461.58 |
| | {1} | | Assessments/Utiliites 12/18/13 to 12/31/13 | 15.38 | 1110-000 | | | 60,461.58 |
| | | | Settlement Charges to Seller | -19,509.44 | 2500-000 | | | 60,461.58 |
| | | | Payoff of First Mortgage Loan | -256,698.55 | 2500-000 | | | 60,461.58 |
| | | | Seller Paid Owner's Title Insurance | -1,165.00 | 2500-000 | | | 60,461.58 |
| | | | County Taxes 01/01/13 to 12/18/13 | -4,416.37 | 2820-000 | | | 60,461.58 |
| | | | Rent Credit | -439.28 | 2500-000 | | | 60,461.58 |
| | | | Security Deposit Credit | -1,075.16 | 2500-000 | | | 60,461.58 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 11.59 | 60,449.99 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 89.84 | 60,360.15 |
| 02/13/14 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2014 FOR CASE #13-15279, 016026455 | | 2300-000 | | 49.70 | 60,310.45 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 81.01 | 60,229.44 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 83.74 | 60,145.70 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 92.28 | 60,053.42 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 86.37 | 59,967.05 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 83.37 | 59,883.68 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 94.75 | 59,788.93 |
| 08/05/14 | 102 | Robert L. Shutan | Exemption re property at 5323 N. Glenwood Avenue, Chicago, IL | | 8100-002 | | 15,000.00 | 44,788.93 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 70.18 | 44,718.75 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 68.60 | 44,650.15 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 66.36 | 44,583.79 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 57.71 | 44,526.08 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 72.58 | 44,453.50 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 63.93 | 44,389.57 |
| 02/16/15 | 103 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2015 FOR CASE | | 2300-000 | | 30.20 | 44,359.37 |

Subtotals : $60,461.58    $16,102.21

{} Asset reference(s)

Printed: 10/01/2015 10:18 AM    V.13.25

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-15279  
**Case Name:** SHUTAN, ROBERT L  
**Taxpayer ID #:** **-***2250  
**Period Ending:** 10/01/15  

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #13-15279, Bond No. 10BSBGR6291 Voided on 02/17/15 | | | | |
| 02/17/15 | 103 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2015 FOR CASE #13-15279, Bond No. 10BSBGR6291 Voided: check issued on 02/16/15 | 2300-000 | | -30.20 | 44,389.57 |
| 02/17/15 | 104 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2015 FOR CASE #13-15279 Voided on 02/17/15 | 2300-000 | | 30.20 | 44,359.37 |
| 02/17/15 | 104 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2015 FOR CASE #13-15279 Voided: check issued on 02/17/15 | 2300-000 | | -30.20 | 44,389.57 |
| 02/17/15 | 105 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2015 FOR CASE #13-15279 | 2300-000 | | 30.20 | 44,359.37 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.58 | 44,299.79 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.96 | 44,231.83 |
| 04/23/15 | {8} | The Penn Insurance and Annuity Company | Sale of Interest in Insurace Policy per Court Order dated March 17, 2015 | 1129-000 | 20,000.00 | | 64,231.83 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.37 | 64,162.46 |
| 07/29/15 | 106 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' EXPENSES PER COURT ORDER DATED JULY 28, 2015 | 3420-000 | | 14.65 | 64,147.81 |
| 07/29/15 | 107 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' FEES AND EXPENSES PER COURT ORDER DATED JULY 28, 2015 | 3410-000 | | 1,757.35 | 62,390.46 |
| 07/29/15 | 108 | KAREN R. GOODMAN | TRUSTEE EXPENSES PER COURT ORDER DATED JULY 28, 2015 | 2200-000 | | 54.60 | 62,335.86 |
| 07/29/15 | 109 | KAREN R. GOODMAN | TRUSTEE COMPENSATION PER COURT ORDER DATED JULY 28, 2015 | 2100-000 | | 20,219.10 | 42,116.76 |
| 07/29/15 | 110 | Taft Stettinius & Hollister LLP | TRUSTEE'S ATTORNEYS' EXPENSES PER COURT ORDER DATED JULY 28, 2015 | 3120-000 | | 352.00 | 41,764.76 |
| 07/29/15 | 111 | Taft Stettinius & Hollister LLP | TRUSTEE'S ATTORNEYS' FEES PER COURT ORDER DATED JULY 28, 2015 | 3110-000 | | 5,567.50 | 36,197.26 |
| 07/29/15 | 112 | Discover Bank | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 1 PER COURT ORDER DATED JULY 28, 2015 | 7100-000 | | 17,372.69 | 18,824.57 |
| 07/29/15 | 113 | Wells Fargo Bank NA | FIRST AND FINAL DIVIDEND FOR CLAIM | 7100-000 | | 3,038.64 | 15,785.93 |

Subtotals :   $20,000.00   $48,573.44

{} Asset reference(s)   Printed: 10/01/2015 10:18 AM   V.13.25

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 13-15279
**Case Name:** SHUTAN, ROBERT L

**Taxpayer ID #:** **-***2250
**Period Ending:** 10/01/15

**Trustee:** KAREN R. GOODMAN (520191)
**Bank Name:** Rabobank, N.A.
**Account:** ******6766 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | NO. 2 PER COURT ORDER DATED JULY 28, 2015 | | | | |
| 07/29/15 | 114 | CSS Inc | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 3 PER COURT ORDER DATED JULY 28, 2015 | 7100-000 | | 2,759.60 | 13,026.33 |
| 07/29/15 | 115 | Kevin S Lang and Lindsey Hornickel | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 4PER COURT ORDER DATED JULY 28, 2015 | 7100-000 | | 1,045.00 | 11,981.33 |
| 07/29/15 | 116 | Citibank, N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 5PER COURT ORDER DATED JULY 28, 2015 | 7100-000 | | 2,531.16 | 9,450.17 |
| 07/29/15 | 117 | Discover Bank | FIRST AND FINAL INTEREST PAYMENT FOR CLAIM NO. 1 PER COURT ORDER DATED JULY 28, 2015 | 7990-000 | | 43.35 | 9,406.82 |
| 07/29/15 | 118 | Wells Fargo Bank NA | FIRST AND FINAL INTEREST PAYMENT FOR CLAIM NO. 2 PER COURT ORDER DATED JULY 28, 2015 | 7990-000 | | 7.58 | 9,399.24 |
| 07/29/15 | 119 | CSS Inc | FIRST AND FINAL INTEREST PAYMENT FOR CLAIM NO. 3 PER COURT ORDER DATED JULY 28, 2015 | 7990-000 | | 6.89 | 9,392.35 |
| 07/29/15 | 120 | Kevin S Lang and Lindsey Hornickel | FIRST AND FINAL INTEREST PAYMENT FOR CLAIM NO. 4 PER COURT ORDER DATED JULY 28, 2015 | 7990-000 | | 2.61 | 9,389.74 |
| 07/29/15 | 121 | Citibank, N.A. | FIRST AND FINAL INTEREST PAYMENT FOR CLAIM NO. 5 PER COURT ORDER DATED JULY 28, 2015 | 7990-000 | | 6.32 | 9,383.42 |
| 07/29/15 | 122 | SHUTAN, ROBERT L | FIRST AND FINALSURPLUS PAYMENT TO DEBTOR PER COURT ORDER DATED JULY 28, 2015 | 8200-002 | | 9,383.42 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 80,461.58 | 80,461.58 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 80,461.58 | 80,461.58 | |
| Less: Payments to Debtors | | 24,383.42 | |
| **NET Receipts / Disbursements** | **$80,461.58** | **$56,078.16** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 13-15279 | | **Trustee:** | KAREN R. GOODMAN (520191) |
| **Case Name:** | SHUTAN, ROBERT L | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******6766 - Checking Account |
| **Taxpayer ID #:** | **-***2250 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 10/01/15 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **TOTAL - ALL ACCOUNTS** | | **Net<br>Receipts** | **Net<br>Disbursements** | **Account<br>Balances** |
| | | | **Checking # ******6766** | | 80,461.58 | 56,078.16 | 0.00 |
| | | | | | $80,461.58 | $56,078.16 | $0.00 |

{} Asset reference(s)                                                                                              Printed: 10/01/2015 10:18 AM    V.13.25